THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LERNER, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE GELLER, Alias MILLER, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

RITA FISHMAN, Individually and as Assignee of MELVIN FISHMAN, and Others, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOWNTOWN ATHLETIC CLUB OF NEW YORK CITY, INC., Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

EDWARD P. DENKMAN, Appellant, v. LILLIAN P. DENKMAN, Also Known as LILLIAN P. CONWELL, and WALTER LEWIS CONWELL, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ. [172 Misc. 57.]

PHILIP MONTANA and GAETANO MONTANA, Respondents, v. RECORD TRANSPORTATION CORP., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS LOAN AND TRUST COMPANY), as Trustee of the Trust for the Benefit of JOSEPH GAUTIER BEARNS, under Clause Fourth of the Last Will and Testament of LILLIA M. BEARNS, Deceased, and of the Application for a Construction of Said Will. CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., Appellant; JOSEPH H. BEARNS and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent Joseph H. Bearns (Jr.). No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.